**Eddie LaReece PITTMAN,**
**Plaintiff–Appellant,**

**v.**

**HUNT CONSTRUCTION GROUP, (in care of CEO Robert G. Hunt), in its official capacity, Defendant–Appellee,**

and

**Chris Armstrong, Manager for Hunt Project in Chapel Hill, in his official capacity; Billy Steward, Superintendent of Hunt Project in Chapel Hill, in his official capacity, Defendants.**

No. 08–1817.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 21, 2009.

Eddie LaReece Pittman, Appellant Pro Se. Nicole A. Crawford, Brooks, Pierce, McLendon, Humphrey & Leonard, Greensboro, North Carolina, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie LaReece Pittman appeals the district court's order denying relief on his civil action alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pittman v. Hunt Constr. Group*, 564 F.Supp.2d 531 (E.D.N.C.2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*